**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

De-Shaun Johnson,

Plaintiff

v.

Bounce AI, Inc.,

Defendant

Case No. 2:26-cv-02026-JAD-BNW

**Order Dismissing and Closing Case**

ECF No. 8

Plaintiff De-Shaun Johnson has filed a "stipulation" to dismiss this case, in which Johnson represents that both he and Defendant Bounce AI, Inc. "agree that all claims asserted by Plaintiff . . . are dismissed with prejudice." ECF No. 8. But this stipulation is signed only by Johnson; there is no signature block for, or signature of, counsel for Bounce on this document. For a stipulation to be valid and for the court to approve one, it must be signed by all parties that are making the stipulation and agreement. Because that hasn't happened, the court cannot approve this stipulation.

But because the defendant has not yet made an appearance, Johnson retains the right to voluntarily dismiss his case. So the court liberally construes this "stipulation" instead as Johnson's request for voluntary dismissal of his case, and IT IS ORDERED that the stipulation **[ECF No. 8] is DENIED, but this case is DISMISSED based on the plaintiff's unilateral request. The Clerk of Court is directed to CLOSE THIS CASE.**

U.S. District Judge Jennifer A. Dorsey
August 17, 2026